

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

FILED IN CLERK'S OFFICE
2003 DEC -8 P 3: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 8, 2003

Ms. Gina Affsa
Clerk to Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston MA 02210

    Re: <u>United States v. Bannerman</u> et al.
        No. 03-10370-DPW

Dear Ms. Affsa:

    Enclosed for filing in the above-captioned case please find an original signature page for me and for James Merberg, counsel to Douglas Bannerman, for the Protective Order filed on December 3, 2003. If you would please include this page with that document, I would very much appreciate it. Thank you!

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                    By: _____
                                RACHEL E. HERSHFANG
                                Assistant U.S. Attorney

Enclosure

cc:   James M. Merberg
       66 Long Wharf
       Boston, MA 02110

## PROTECTIVE ORDER

### Douglas Bannerman et al., Criminal No.03-M-0454-RBC

| Signature | Date |
|---|---|
| [signature] <br> Rachel E. Hershfang <br> Assistant U.S. Attorney | 12/8/03 |
| [signature] | 12/8/03 |
| _____ | _____ <br> Date |
| _____ | _____ <br> Date |
| _____ | _____ <br> Date |
| _____ | _____ <br> Date |
| _____ | _____ <br> Date |
| _____ | _____ <br> Date |