# UNITED STATES DISTRICT COURT

**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

DANIEL MACAULEY

WARRANT FOR ARREST
Case Number:

2003 M 0454RBC -04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Daniel Macauley__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  X COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**conspiracy to possess with intent to distribute and to distribute marijuana**

in violation of Title __21__ United States Code, Section(s) __846__.

__Robert B. Collings__
Name of Issuing Officer

/s/ signature
Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

North Reading, MA; November 15, 2003
Date and Location

Bail fixed at $ _____ BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY DEA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/3/03 | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ Daniel Macauley _____

ALIAS: _____

LAST KNOWN RESIDENCE: __ 16 Roach Street, Quincy, MA _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 1966 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____ M _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____