# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              CRIMINAL NO. 2003-10370-DPW-01
                                                          -02
                                                          -04
                                                          -05
                                                          -06
                                                          -07
                                                          -08

DOUGLAS K. BANNERMAN,
KURT WALTER,
DANIEL MACAULEY,
JOHN McCARTHY,
JOHN GRAHAM,
SCOTT MYERS,
JOSE VEZGA,
    Defendants.

# ORDER

COLLINGS, U.S.M.J.

    Counsel are ORDERED to appear for an Interim Status Conference on _MONDAY, APRIL 5, 2004 AT 2:15 P.M._ at Courtroom #14 (5th floor), United

States Courthouse, Boston, Massachusetts before the undersigned.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 9, 2004.