UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10370-DPW-04

UNITED STATES OF AMERICA

VS.

DANIEL MACAULEY

## DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF SUBSTANTIVE MOTIONS

Now comes the defendant, Daniel J. MacAuley, in the above numbered indictment and moves this Court for permission to extend the time for filing of substantive motions for forty-five days to the date of July 19, 2004.

In support of the within motion the defendant, through counsel, notes that this is a matter involving extensive discovery of thousands of pages as represented to the Court. The defendant has not been able to sit with counsel and adequately review the evidence and documentation with an eye towards the filing of substantive motions since counsel has been on four jury trials in the past six weeks and has had to cancel two appointments with the defendant due to the trial schedule of counsel; all of which is no fault of the defendant.

It is for all of these reasons consistent with the Speedy Trial Act and Patriot Act ramifications on sentencing that the defendant files this motion requesting that the date for the filing of substantive motions be extended up through and including July 19, 2004.

Counsel for the defendant has contacted Assistant United States Attorney Rachel Hershfang and has received her assent to this request.

Daniel Macauley,
By his attorney

Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, Massachusetts 02301
(508) 583-4280

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

Criminal No.
03-10370-DPW-04

### UNITED STATES OF AMERICA

### VS.

### DANIEL MACAULEY

### AFFIDAVIT IN SUPPORT OF DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF SUBSTANTIVE MOTIONS

I, Kevin J. Reddington, Esq., being first duly sworn, depose and say that;

1.) I am an attorney duly licensed to practice law in the United States District Court.
2.) I represent the defendant, Daniel Macauley.
3.) During the past six weeks I have been on four jury trials and, as a result, have had to cancel two scheduled office appointments scheduled with the defendant.
4.) Counsel has received thousands of pages of discovery on this matter to date from the United States Attorney's Office.
5.) For all of the above reasons, counsel is requesting that an extension be granted for the filing of substantive motions up through and including July 19, 2004.
6.) Counsel has contacted Assistant U.S. Attorney Rachel Hershfang and received her assent to this requested extension.
7.) Signed under the pains and penalties of perjury this 14th day of June, 2004.

Kevin J. Reddington, Esq.

## **CERTIFICATE OF SERVICE**

     I, Kevin J. Reddington, Esq., Attorney for the Defendant, Daniel Macauley, hereby certify that I have forwarded a copy of the within Assented to Motion for Extension of Time for Filing of Substantive Motions, this date, via regular mail, to;

Rachel E. Hershfang
Assistant United States Attorney
United States District Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

*/s/ Kevin J. Reddington*
Kevin J. Reddington, Esq.

DATED: June 14, 2004