UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**Criminal No.
03-10370-DPW-04**

UNITED STATES OF AMERICA

VS.

DOUGLAS K. BANNERMAN,
DANIEL MACAULEY
AND
JOHN S. GRAHAM, JR.

DEFENDANT, DANIEL MACAULEY'S MOTION FOR
FURTHER EXTENSION OF TIME FOR PREPARATION AND FILING OF
SUBSTANTIVE MOTIONS

Now comes the defendant, Daniel MacAuley, in the above numbered cause and does respectfully ask this Court to consider granting the defense an extension of time for the preparation and filing of substantive motions. An affidavit of counsel is annexed hereto and incorporated herein by reference.

Counsel does respectfully aver that even though this Court on June 17, 2004 ordered no further enlargements the defendant requests that this Court permit one further extension up through and including November 15, 2004 for the filing of substantive motions.

                                            Frederick Simone
                                            By his attorney

                                            "s/Kevin J. Reddington

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

Criminal No.
03-10370-DPW-04

### UNITED STATES OF AMERICA

### VS.

### DOUGLAS K. BANNERMAN,
### DANIEL MACAULEY
### AND
### JOHN S. GRAHAM, JR.

### AFFIDAVIT IN SUPPORT OF
### DEFENDANT, DANIEL MACAULEY'S MOTION FOR
### FURTHER EXTENSION OF TIME FOR PREPARATION AND FILING OF
### SUBSTANTIVE MOTIONS

I, Kevin J. Reddington, Esq., being first duly sworn, depose and say that;

1.) I represent the defendant, Daniel MacAuley, in the above captioned action.

2.) I have been engaged in many trials in various courts of the Commonwealth and motion hearings in Federal Court.

3.) I was out of the country for a week and July and will be out of my office from August 30, 2004 through September 6, 2004.

4.) I have numerous matters scheduled for trial in Brockton Superior Court upon my return, including the matter of Commonwealth vs. John Fernandes (1st degree murder), Commonwealth vs. Mark Scanzillo (rape), Commonwealth vs. Arnold Casavant (rape).

5.) I have completed the review of the voluminous records and documents provided by counsel approaching well over 5000 pages. I have ordered and reviewed photographic evidence and videotape evidence in this case and I am awaiting additional documentation.

6.) I have conferred with the prosecutor and expect that discussions regarding resolution of the case short of a trial will be on-going but counsel would not be able to file the substantive motions by

    September 22nd as originally ordered by the Court.

7.)  WHEREFORE a request is made for one further extension by motion this day.

    Signed under the pains and penalties of perjury this 27th day of August, 2004.

                 "s/Kevin J. Reddington

Case 1:03-cr-10370-DPW     Document 128     Filed 08/30/2004     Page 3 of 3