# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

Criminal No.
03-10370-DPW-04

### UNITED STATES OF AMERICA

### VS.

### DANIEL MACAULEY

### MOTION TO AMEND ORDER OF RELEASE

Now comes the defendant, Daniel Macauley, in the above numbered indictment and moves this Court for an order amending its order of release and granting its permission for the defendant to leave the Commonwealth of Massachusetts and travel to the State of Florida from January 12 to January 18, 2005 on a family vacation. The defendant will be traveling with his wife and children as well as his parents. The defendant annexes his itinerary in support of this request which is being sent directly to the Clerk's Office.

Counsel for the defendant has contacted Assistant U.S. Attorney Rachel Hershfang who indicates that she takes no position regarding this request.

                                    Daniel Macauley,
                                    By his attorney

                                    /s/Kevin J. Reddington, Esq.