January 3, 2005

Rebecca Greenberg
Courtroom Clerk to Hon. Douglas P. Woodlock
United States District Courthouse
One Courthouse Way, Room 4110
Boston, MA  02210

RE:   United States vs. Daniel MacAuley
      No.  2003-10370-DPW-04

Dear Ms. Greenberg;

I note that the pretrial conference of the above captioned matter has been rescheduled from January 7th to January 14, 2005 at 10:00 a.m.  Please note that I will be out of the country on a family vacation from January 10th through January 23rd.  Further, the Court has allowed the defendant's Motion to Amend the Terms of his Release by allowing him to travel to Florida from January 12-January 18th.

Please advise.

Thank you for your assistance.


/s/ Kevin J. Reddington