JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Daniel Macauley

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** I     **Investigating Agency** DEA

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.     X          Case No. 03-10370-DPW
Same Defendant     X          New Defendant
Magistrate Judge Case Number     03-0454-RBC
Search Warrant Case Number     03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name     John J. McCarthy          Juvenile:  ☐ Yes  ■ No

Alias Name

Address     32 Juniper Street, Brookline, MA

Birthdate: 1964     SS #          Sex: Male     Race:          Nationality:

**Defense Counsel if known:**          Address

Bar Number

**U.S. Attorney Information:**

AUSA     Rachel E. Hershfang/Denise J. Casper          Bar Number if applicable

**Interpreter:**     ☐ Yes     ■ No          List language and/or dialect:

**Matter to be SEALED:**     ■ Yes     ☐ No

■ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence _____ ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on 12/03

**Charging Document:**     ☐ Complaint     ☐ Information     ■ Indictment

**Total # of Counts:**     ☐ Petty     ☐ Misdemeanor     ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 28, 2004          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     John J. McCarthy.

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** I     **Investigating Agency** DEA

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf.  X     Case No. 03-10370-DPW
Same Defendant  X     New Defendant
Magistrate Judge Case Number  03-0454-RBC
Search Warrant Case Number  03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  John Graham     Juvenile: ☐ Yes ■ No

Alias Name

Address

Birthdate: 1961     SS #     Sex: Male     Race:     Nationalit Canadian

**Defense Counsel if known:**     Address

Bar Number

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang/Denise J. Casper     Bar Number if applicable

**Interpreter:** ☐ Yes ■ No     List language and/or dialect:

**Matter to be SEALED:** ■ Yes ☐ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date  12/2/03

☐ Already in Federal Custody as of  12/2/03  in
☐ Already in State Custody at  ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  MJ Collings  on  12/3/03

**Charging Document:** ☐ Complaint ☐ Information ■ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28 2004     Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   John Graham

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. __I__    Investigating Agency __DEA__

City __Boston__

**Related Case Information:**

County __Suffolk__

Superseding Ind./ Inf. __X__    Case No. __03-10370-DPW__
Same Defendant __X__    New Defendant ____
Magistrate Judge Case Number __03-0454-RBC__
Search Warrant Case Number __03-0455-61, 0477, 0479-84-RBC__
R 20/R 40 from District of ____

## Defendant Information:

Defendant Name __Scott Myers__    Juvenile: ☐ Yes ■ No

Alias Name ____

Address __405 Columbus Avenue, Boston, MA__

Birthdate: __1968__    SS # ____    Sex: __Male__    Race: __White__    Nationality: ____

**Defense Counsel if known:** ____    Address ____

Bar Number ____

## U.S. Attorney Information:

AUSA __Rachel E. Hershfang/Denise J. Casper__    Bar Number if applicable ____

Interpreter: ☐ Yes ■ No    List language and/or dialect: ____

**Matter to be SEALED:** ■ Yes ☐ No

■ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

Arrest Date ____

x  Already in Federal Custody as of __12/03__ in ____
☐ Already in State Custody at ____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:**    ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 28, 2004__    Signature of AUSA: ____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Scott Myers

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** I          **Investigating Agency** DEA

**City** Boston                **Related Case Information:**

**County** Suffolk             Superseding Ind./ Inf.  X          Case No.  03-10370-DPW
                               Same Defendant   X                 New Defendant
                               Magistrate Judge Case Number   03-0454-RBC
                               Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Jose Vezga                         Juvenile:   ☐ Yes   ■ No

Alias Name

Address   11 Melrose Avenue, Wakefield, MA

Birthdate: 1958    SS #              Sex: Male   Race: Hispanic    Nationality  Venezuela

**Defense Counsel if known:**                              Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang/Denise J. Casper        Bar Number if applicable

Interpreter:   ☐ Yes   ■ No        List language and/or dialect:

Matter to be SEALED:   ■ Yes   ☐ No

   ☐ Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date   12/3/03

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  MJ Collings        on  12/3/03

**Charging Document:**   ☐ Complaint     ☐ Information     ■ Indictment

**Total # of Counts:**   ☐ Petty ___ ☐ Misdemeanor ___ ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 28, 2004        Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Vezga

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** I  **Investigating Agency** DEA

City  Boston  **Related Case Information:**

County  Suffolk

Superseding Ind./ Inf.  X  Case No.  03-10370-DPW
Same Defendant  _____ New Defendant  X
Magistrate Judge Case Number  03-0454-RBC
Search Warrant Case Number  03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Frank Giglio  Juvenile: ☐ Yes  ■ No

Alias Name

Address

Birthdate: _____ SS # _____  Sex: Male  Race: White  Nationalit _____

**Defense Counsel if known:**  _____  Address _____

Bar Number

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang/Denise J. Casper  Bar Number if applicable

**Interpreter:** ☐ Yes  ■ No  List language and/or dialect:

**Matter to be SEALED:** ■ Yes  ☐ No

  X  Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ■ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004  Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Frank Giglio

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____