UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10370-DPW-04

UNITED STATES OF AMERICA

VS.

DOUGLAS K. BANNERMAN,
DANIEL MACAULEY
AND
JOHN S. GRAHAM, JR.

## DEFENDANT, DANIEL MACAULEY'S MOTION TO CONTINUE PRETRIAL CONFERENCE AND ARRAIGNMENT ON SUPERCEDING INDICTMENT

Now comes the defendant, Daniel MacAuley, in the above numbered cause and does respectfully move this Court for an order continuing the pretrial conference and arraignment on the superseding indictment which have both been scheduled for January 14, 2005 at 10:00 a.m. and 11:00 a.m. respectively.

In support of the within motion counsel for the defendant avers that he will be out of the country from January 10th through January 23rd on a preplanned family vacation. The pretrial conference was rescheduled from January 7th to January 14th and counsel was notified of this rescheduling by ECF notification dated January 3rd.  Upon receipt of this notification counsel sent a letter to the Court advising of his unavailability on January 14th (annexed hereto).

Further, on December 30, 2004 the Court allowed the defendant's Motion to Amend the Terms of his Release by allowing him to travel to the State of Florida from January 12-January 18th on a family vacation.  (Reference is made to docket entries as

listed in the PACER System).  As a result, the defendant will not be in the Commonwealth of Massachusetts on January 14th.

    For all of the above reasons, the defendant and his counsel hereby request that this Court continue the pretrial conference and the arraignment on the Superceding Indictment to a date after January 24th.  Counsel is scheduled to begin the trial of <u>Commonwealth vs. Arnold Casavant</u> on January 31st before Hon. Linda Giles.  It is anticipated that the <u>Casavant</u> trial will take at least one week to reach jury verdict.

    Daniel MaCauley,

    By his attorney


    /s/Kevin J. Reddington, Esq.

January 3, 2005


Rebecca Greenberg
Courtroom Clerk to Hon. Douglas P. Woodlock
United States District Courthouse
One Courthouse Way, Room 4110
Boston, MA  02210

RE:    United States vs. Daniel MacAuley
       No.  2003-10370-DPW-04

Dear Ms. Greenberg;

I note that the pretrial conference of the above captioned matter has been rescheduled from January 7th to January 14, 2005 at 10:00 a.m.  Please note that I will be out of the country on a family vacation from January 10th through January 23rd.  Further, the Court has allowed the defendant's Motion to Amend the Terms of his Release by allowing him to travel to Florida from January 12-January 18th.

Please advise.

Thank you for your assistance.


                                /s/ Kevin J. Reddington