UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10370-DPW-04

UNITED STATES OF AMERICA

VS.

DOUGLAS K. BANNERMAN,
DANIEL MACAULEY
AND
JOHN S. GRAHAM, JR.

## AFFIDAVIT IN SUPPORT OF DEFENDANT, DANIEL MACAULEY'S MOTION TO CONTINUE PRETRIAL CONFERENCE AND ARRAIGNMENT ON SUPERCEDING INDICTMENT

I, Kevin J. Reddington, Esq., being first duly sworn, depose and say that;

1.) I am the attorney representing the defendant, Daniel Macauley in the above captioned matter.

2.) On January 3, 2005 counsel received notification via EFC on line docketing that the pretrial conference of the Macauley matter had been rescheduled from January 7th at 2:30 p.m. to January 14th at 10:00 a.m.

3.) On January 3rd, counsel sent a letter to the Court indicating that he will be out of the country from January 10 through January 23rd on a family vacation.

4.) On January 5, 2005 counsel received notification via electronic ECF filing that the arraignment on the Superceding Indictment has been scheduled for January 14, 2005 at 11:00 a.m. before Magistrate Robert Collings.

5.) On December 30, 2004 the Court allowed the defendant's Motion to Amend the Terms of his Release by allowing him to travel to the State of Florida from January 12-January 18th.

6.) For all of the above reasons, it is requested that the Court reschedule the pretrial conference and the arraignment on the Superceding Indictment until after February 4, 2005.

Signed under the pains and penalties of perjury this 5th day of January, 2005.