UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**Criminal No.**
**03-10370-DPW-04**

UNITED STATES OF AMERICA

VS.

DOUGLAS K. BANNERMAN,
DANIEL MACAULEY
AND
JOHN S. GRAHAM, JR.

**DEFENDANT, DANIEL MACAULEY'S MOTION TO STRIKE SURPLUSAGE
FROM THE SUPERCEDING INDICTMENT**

Now comes the defendant, Daniel Macauley, in the above numbered indictment and moves this Court for an order striking from the superceding indictment the language containing the Sentencing Commission Special Offense Characteristic of conspiracy to commit a crime. A memorandum of law is annexed hereto and incorporated herein by reference.

Daniel Macauley


/s/ Kevin J. Reddington

Case 1:03-cr-10370-DPW     Document 208     Filed 01/10/2005     Page 2 of 2