UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 03-10370-DPW |
| v.  ) | |
| ) | |
| 4. DANIEL MACAULEY, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO MOTION TO STRIKE SURPLUSAGE**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Rachel E. Hershfang, hereby replies to the motion to strike surplusage from the indictment, filed by Daniel MacAuley (and in which Gary Newell has moved to join).

The government does not oppose striking the final section (entitled "Notice of Sentencing Factors") from the Superseding Indictment.  See United States v. Booker, -- U.S. --, 2005 WL 50108 (Jan. 12, 2005).  Each defendant was thereby placed on notice of the government's position, at the time the Superseding Indictment was returned, with respect to the application of the United States Sentencing Guidelines to his case.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By: /s/ Rachel E. Hershfang
    RACHEL E. HERSHFANG
    Assistant U.S. Attorney

Dated: January 27, 2005