# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

**Criminal No.**
**03-10370-DPW-04**

### UNITED STATES OF AMERICA

### VS.

### DANIEL MACAULEY

### MOTION TO AMEND ORDER OF RELEASE

Now comes the defendant, Daniel Macauley, in the above numbered indictment and moves this Court for an order amending its order of release and granting its permission for the defendant to leave the Commonwealth of Massachusetts and travel to the State of Rhode Island from July 22 to July 24, 2005 to attend a wedding. The defendant will be traveling with his wife.

Counsel for the defendant has contacted Assistant U.S. Attorney Rachel Hershfang who indicates that she has no objection to this request.

                                        Daniel Macauley,
                                        By his attorney

                                        /s/Kevin J. Reddington, Esq.