November 17, 2005

Rebecca Greenberg
Courtroom Clerk to Hon. Douglas P. Woodlock
United States District Courthouse
One Courthouse Way, Room 4110
Boston, MA  02210

RE:   United States vs. Daniel MacAuley
      No.  2003-10370-DPW-04

Dear Ms. Greenberg;

    Reference is made to the above captioned matter which is presently scheduled for sentencing on November 22, 2005 at 2:00 p.m.  Please be advised that I am presently on trial in Brockton Superior Court before Hon. Linda Giles regarding the first degree murder trial of <u>Commonwealth vs. John Fernandes.</u>  As a result, I am unsure at this time if I will be available to appear in United States District Court on November 22nd regarding the <u>MacAuley</u> matter.

    Please advise as to the Court's position as it relates to continuing this matter and I will contact Assistant U.S. Attorney Rachel Hershfang and file the requisite motion or whatever other documentation the Court deems appropriate.

                      Very truly yours,


                        Kevin J. Reddington


KJR/lam
cc:  Rachel E. Hershfang, Assistant U.S. Attorney