UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10370-DPW-04

UNITED STATES OF AMERICA

VS.

DOUGLAS K. BANNERMAN,
DANIEL MACAULEY
AND
JOHN S. GRAHAM, JR.

### DEFENDANT, DANIEL MACAULEY'S MOTION TO CONTINUE SENTENCING HEARING

Now comes the defendant, Daniel MacAuley, in the above numbered cause and does respectfully move this Court for an order continuing the sentencing hearing of this matter from November 22, 2005 at 2:00 p.m. to November 30, 2005 at 2:00 p.m.

In support of the within motion counsel for the defendant avers that he is presently on trial in Brockton Superior Court regarding the first degree murder re-trial of Commonwealth vs. John Fernandes before Hon. Linda Giles. It is expected that this matter will reach the jury on November 23rd. Counsel for the defendant has contacted Assistant United States Attorney Rachel Hershfang and received her assent to a short continuance of the Macauley matter.

For all of the above reasons, the defendant's counsel hereby requests that this Court continue the sentencing hearing to November 30th at 2:00 p.m. or a date thereafter convenient to the Court's calendar.

        Daniel MaCauley,
        By his attorney

        /s/Kevin J. Reddington, Esq.

Case 1:03-cr-10370-DPW    Document 383    Filed 11/21/2005    Page 3 of 3