UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10370-DPW-04

UNITED STATES OF AMERICA

VS.

DOUGLAS K. BANNERMAN,
DANIEL MACAULEY
AND
JOHN S. GRAHAM, JR.

## AFFIDAVIT IN SUPPORT OF DEFENDANT, DANIEL MACAULEY'S MOTION TO CONTINUE SENTENCING HEARING

I, Kevin J. Reddington, Esq., being first duly sworn, depose and say that;

1.) I am the attorney representing the defendant, Daniel Macauley in the above captioned matter who is presently scheduled to appear before this Honorable Court on November 22, 2005 at 2:00 p.m. for sentencing hearing.

2.) Counsel for the defendant began the first degree murder trial of Commonwealth vs. John Fernandes on November 14, 2005 in Brockton Superior Court before Hon. Linda Giles.

3.) It is expected that the jury will begin its deliberations on the Fernandes trial on November 23rd.

4.) As a result, counsel has contacted Assistant United States Attorney Rachel Hershfang and advised her of this conflict in his schedule. AUSA Hershfang has assented to a short continuance of the MacAuley hearing.

5.)   For all of the above reasons, it is requested that the Court reschedule the sentencing hearing of the Macauley matter to November 30, 2005 at 2:00 p.m. or a date thereafter convenient to the Court's calendar.

Signed under the pains and penalties of perjury this 21st day of November, 2005.

/s/Kevin J. Reddington, Esq.